**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6329**

ELRIDGE V. HILLS,

Plaintiff - Appellant,

versus

OFFICER CAMPBELL, Kershaw Correctional
Institution Officer; OFFICER VANDERHOLT,
Kershaw Correctional Institution Officer;
OFFICER COLLINS, Kershaw Correctional
Institution Officer; OFFICER RENNICK, Kershaw
Correctional Institution Officer; OFFICER
BROWN, Kershaw Correctional Institution
Officer; OFFICER LUCAS, Kershaw Correctional
Institution Officer; AMY HARDIN, Kershaw
Correctional Institution Officer; R.
RICHARDSON, SCDC Transportation Terminal
Correction Officer; OFFICER EVANS, SCDC
Transportation Terminal Correction Officer;
OFFICER DAVIS, SCDC Transportation Terminal
Correction Officer; MARCELE ENTZMINGER, Major;
LIEUTENANT NAS, Tiger River Correctional
Institution; HERB JOHNS, Inmate Grievance
Coordinator; RICHARD SMITH, Warden; TONYA
YATES, Clinical Counselor Lee CI; C. TYNER,
Officer; WARDEN FAULKENBERRY,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence. Joseph F. Anderson, Jr., Chief
District Judge. (4:05-cv-02679-JFA)

Submitted: June 15, 2007          Decided: June 21, 2007

Before WIDENER, MICHAEL and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Elridge V. Hills, Appellant Pro Se. Roy F. Laney, Nikole Deanna Haltiwanger, Thomas Lowndes Pope, RILEY, POPE & LANEY, LLC, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elridge V. Hills seeks to appeal the district court's order denying relief on his complaint brought under 42 U.S.C. § 1983 (2000). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Dir., Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on December 28, 2006. The notice of appeal was filed on February 9, 2007. Because Hills failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 3 -